**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 18-12010** |
| **Angelique Hawes-Richardson** | : | **Chapter 13** |
| | : | **Judge Jean K. FitzSimon** |
| **Debtor(s)** | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : | |
| **Wells Fargo Bank, N.A.** | : | **Date and Time of Hearing** |
| **Movant,** | : | **Place of Hearing** |
| **vs** | : | **May 29, 2019 at 09:30 a.m.** |
| | : | |
| **Angelique Hawes-Richardson** | : | **U.S. Bankruptcy Court** |
| | : | **900 Market Street, Courtroom #3** |
| **Scott Waterman** | : | **Philadelphia, PA, 19107** |
| **Respondents.** | : | |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT WELLS
FARGO BANK, N.A. TO FORECLOSE ON 3922 DARIEN ST, PHILADELPHIA, PA
19140 (DOCUMENT NO. 50)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay ("Motion") filed on May 2, 2019 at Document No. 50 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than May 17, 2019.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

/s Karina Velter

Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028

18-009827_BEW1

Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

18-009827_BEW1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 18-12010** |
| **Angelique Hawes-Richardson** | : | **Chapter 13** |
| | : | **Judge Jean K. FitzSimon** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **Wells Fargo Bank, N.A.** | : | **Date and Time of Hearing** |
| **Movant,** | : | **Place of Hearing** |
| vs | : | **May 29, 2019 at 09:30 a.m.** |
| | : | |
| **Angelique Hawes-Richardson** | : | **U.S. Bankruptcy Court** |
| | : | **900 Market Street, Courtroom #3** |
| **Scott Waterman** | : | **Philadelphia, PA, 19107** |
| **Respondents.** | : | |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Certification of No Objection Regarding Motion for Relief from the Automatic Stay with 30-day waiver with the Court to permit Wells Fargo Bank, N.A. to foreclose on 3922 Darien St, Philadelphia, PA 19140 was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

Scott Waterman, Chapter 13 Trustee, Chapter 13 Trustee, 2901 St. Lawrence Ave., Reading, PA  19606

John L. McClain, Attorney for Angelique Hawes-Richardson, P.O. Box 123, Narberth, PA 19072-0123, aaamcclain@aol.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on May  20, 2019:

Angelique Hawes-Richardson, 3922 N. Darien Street, Philadelphia, PA  19140


Angelique Hawes-Richardson, 3922 Darien St, Philadelphia, PA 19140

18-009827_BEW1

DATE:   May 20, 2019                      /s Karina Velter

Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

18-009827_BEW1