**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | Case No.: 18-12010 |
| **Angelique Hawes-Richardson** | : | Chapter 13 |
| | : | Judge Jean K. FitzSimon |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **Wells Fargo Bank, N.A.** | : | Date and Time of Hearing |
| **Movant,** | : | June 26, 2019 at 09:30 a.m. |
| vs | : | |
| | : | Place of Hearing |
| **Angelique Hawes-Richardson** | : | U.S. Bankruptcy Court |
| | : | 900 Market Street, Courtroom #3 |
| **Scott Waterman** | : | Philadelphia, PA, 19107 |
| **Respondents.** | : | |
| | | **Related Document # 50** |

## ORDER OF COURT

AND NOW, to wit, this 14th day of June, 2019, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay, it is hereby **ORDERED,** ~~ADJUDGED AND DECREED~~ that:

1. The terms of the foregoing Stipulation are hereby approved. ~~in their entirety and incorporated herein as part of this Order~~.

2. ~~Pursuant to the Stipulation, Movant is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.~~

Date: 6/14/19

By the Court:

*Jean K. FitzSimon*

_____
JEAN K. FITZSIMON, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:

Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 (notified by ecf)

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107 (notified by ecf)

Document      Page 2 of 2

Scott Waterman, Chapter 13 Trustee, Chapter 13 Trustee, 2901 St. Lawrence Ave., Reading, PA 19606 (notified by ecf)

John L. McClain, Attorney for Debtor, P.O. Box 123, Narberth, PA 19072-0123 (notified by ecf)

Angelique Hawes-RichardsonDebtor, 3922 N. Darien Street, Philadelphia, PA 19140 (notified by regular US Mail)

Angelique Hawes-Richardson, Debtor, 3922 Darien St, Philadelphia, PA 19140 (notified by regular US Mail)