United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Angelique Hawes-Richardson  
    Debtor

Case No. 18-12010-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: JEGilmore         Page 1 of 1         Date Rcvd: Jun 17, 2019  
                            Form ID: pdf900        Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2019.  
db         +Angelique Hawes-Richardson,   3922 N. Darien Street,   Philadelphia, PA 19140-3211

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg          E-mail/Text: megan.harper@phila.gov Jun 18 2019 03:01:13    City of Philadelphia,  
         City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,  
         Philadelphia, PA  19102-1595  
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 18 2019 03:00:52  
         Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,  
         Harrisburg, PA  17128-0946  
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 18 2019 03:01:09    U.S. Attorney Office,  
         c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404  
                                                                                                         TOTAL: 3

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2019                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2019 at the address(es) listed below:  
          FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
          ecf_frpa@trustee13.com  
          JOHN L. MCCLAIN   on behalf of Debtor Angelique  Hawes-Richardson aaamcclain@aol.com,  
          edpabankcourt@aol.com  
          KARINA VELTER   on behalf of Creditor   WELLS FARGO BANK, N.A. amps@manleydeas.com  
          KEVIN G. MCDONALD   on behalf of Creditor   XChange Leasing bkgroup@kmllawgroup.com  
          SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com  
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
          WILLIAM  MILLER*R   on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,  
          ECF_FRPA@Trustee13.com  
                                                                                                            TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | Case No.: 18-12010 |
| **Angelique Hawes-Richardson** | : | Chapter 13 |
| | : | Judge Jean K. FitzSimon |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **Wells Fargo Bank, N.A.** | : | Date and Time of Hearing |
| **Movant,** | : | June 26, 2019 at 09:30 a.m. |
| vs | : | |
| | : | Place of Hearing |
| **Angelique Hawes-Richardson** | : | U.S. Bankruptcy Court |
| | : | 900 Market Street, Courtroom #3 |
| **Scott Waterman** | : | Philadelphia, PA, 19107 |
| **Respondents.** | : | |
| | | Related Document #  50 |

## ORDER OF COURT

AND NOW, to wit, this  14th  day of  June , 2019, upon consideration of the foregoing Stipulation for Settlement of Movant's Motion for Relief from the Automatic Stay, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The terms of the foregoing Stipulation are hereby approved in their entirety and incorporated herein as part of this Order.

2. Pursuant to the Stipulation, Movant is entitled to relief from the automatic stay upon default of Debtor, subject to the terms of the Stipulation.

Date: 6/14/19

By the Court:

_JEAN K. FitzSimon (signature)_

JEAN K. FITZSIMON, JUDGE
UNITED STATES BANKRUPTCY COURT

CC:

Karina Velter, Attorney for Creditor, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH  43216-5028 (notified by ecf)

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107 (notified by ecf)

Scott Waterman, Chapter 13 Trustee, Chapter 13 Trustee, 2901 St. Lawrence Ave., Reading, PA  19606 (notified by ecf)

John L. McClain, Attorney for Debtor, P.O. Box 123, Narberth, PA  19072-0123 (notified by ecf)

Angelique Hawes-RichardsonDebtor, 3922 N. Darien Street, Philadelphia, PA  19140 (notified by regular US Mail)

Angelique Hawes-Richardson, Debtor, 3922 Darien St, Philadelphia, PA 19140 (notified by regular US Mail)