IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 18-12010 |
| **Angelique Hawes-Richardson** | : | Chapter 13 |
| | : | Judge Jean K. FitzSimon |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **Wells Fargo Bank, N.A.** | : | Date and Time of Hearing |
| Movant, | : | Place of Hearing |
| vs | : | |
| | : | U.S. Bankruptcy Court |
| **Angelique Hawes-Richardson** | : | 900 Market Street, Courtroom #3 |
| | : | Philadelphia, PA, 19107 |
| **Scott Waterman** | : | |
| Respondents. | : | |

## ORDER OF COURT

AND NOW, upon consideration of the Certification of Default filed by Wells Fargo Bank, N.A. ("Creditor"), it is hereby **ORDERED** that the Automatic Stay be and hereby is terminated as it affects the interest of Wells Fargo Bank, N.A. in and to the Real Property of Debtor located at 3922 Darien St., Philadelphia, PA 19140 and more particularly described in the Mortgage, recorded July 11, 2006, at Instrument Number 51480847.

Compliance with Federal Rule of Bankruptcy Procedure 3002.1 is waived as to Creditor in the instant bankruptcy case upon entry of this Order granting relief from the automatic stay of Section 362.

BY THE COURT

Dated: 12/16/19

_JEAN K. FITZSIMON, JUDGE_
UNITED STATES BANKRUPTCY COURT