United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-12010-jkf
Angelique Hawes-Richardson                                                Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: SaraR              Page 1 of 2              Date Rcvd: Jan 09, 2020
                              Form ID: pdf900          Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2020.
```
db            +Angelique Hawes-Richardson,    3922 N. Darien Street,    Philadelphia, PA 19140-3211
14079730     ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Attn: Bankruptcy,    PO Box 982238,
                 El Paso, TX 79998)
14079732     ++CITIBANK,    PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: Citibank USA,    PO Box 20507,    Kansas City, MO 64195)
14079731      +Capital Cred,    PO Box 496,   Dover, De 19903-0496
14079735      +FST Collect,    PO Box 102,   Lewes, DE 19958-0102
14079738      +John L. McClain and Associates,    PO Box 123,    Narberth, PA 19072-0123
14079739      +Manley Deas Kochalshi, LLC,    PO Box 165028,    Columbus, OH 43216-5028
14079744      +PGW,    PO Box 11700,   Newark, NJ 07101-4700
14109474      +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
14079747      +State Collection Service,    PO Box 6250,   Madison, WI 53716-0250
14088416       Wells Fargo Bank, N.A.,    Default Document Processing N9286-01Y,    1000 Blue Gentian Road,
                 Eagan MN, 55121-7700
14079750      +Wells Fargo Hm Mortgag,    Po Box 10335,   Des Moines, IA 50306-0335
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Jan 10 2020 03:29:53     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 10 2020 03:29:34
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 10 2020 03:29:46     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14079728      +E-mail/PDF: cbp@onemainfinancial.com Jan 10 2020 03:40:20
                 American General Financial/Springleaf Fi,    Attention: Bankruptcy,    PO Box 3251,
                 Evansville, IN 47731-3251
14079736      +E-mail/Text: bankruptcy@sccompanies.com Jan 10 2020 03:30:06     Ginnys/Swiss Colony Inc,
                 1112 7th Ave,    Monroe, WI 53566-1364
14079737       E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 10 2020 03:29:43     Jefferson Capital Systems,
                 16 McLeland Rd,    ST. Cloud, MN 56303
14079740      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 10 2020 03:29:37     Midland Funding,
                 8875 Aero Dr. Ste 200,    San Diego, CA 92123-2255
14079741      +E-mail/Text: bankruptcy@sccompanies.com Jan 10 2020 03:30:06     Midnight Velvet,
                 Swiss Colony Midnight Velvet,    1112 7th Ave,    Monroe, WI 53566-1364
14079742      +E-mail/Text: bankruptcy@sccompanies.com Jan 10 2020 03:30:06     Monroe And Main,
                 1112 Seventh Ave.,    Monroe, WI 53566-1364
14079743      +E-mail/Text: egssupportservices@alorica.com Jan 10 2020 03:29:41     NCO Financial,
                 507 Prudential Rd,    Horsham, PA 19044-2308
14079745       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 10 2020 03:40:22
                 Portfolio Recovery,    Attn: Bankruptcy,    PO Box 41067,   Norfolk, VA 23541
14079746      +E-mail/Text: bankruptcy@sccompanies.com Jan 10 2020 03:30:06     Seventh Avenue,    1112 7th Ave,
                 Monroe, WI 53566-1364
                                                                                              TOTAL: 12

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14079734       Exchange Leasing,   Uber Car
14079729*     +Angelique Hawes-Richardson,    3922 N. Darien Street,    Philadelphia, PA 19140-3211
14079733     ##+Debt Recovery Solution,    900 Merchants Concourse Ste LL11,    Westbury, NY 11590-5121
14079748     ##+Trident Asset Managment,    53 Perimeter Ctr E Ste 4,    Atlanta, GA 30346-2230
14079749     ##+Virtuoso Sourcing Grou,    3033 S Parker Rd,    Aurora, CO 80014-2919
                                                                                   TOTALS: 1, * 1, ## 3
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: SaraR              Page 2 of 2              Date Rcvd: Jan 09, 2020
                              Form ID: pdf900          Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2020                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2020 at the address(es) listed below:
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JOHN L. MCCLAIN    on behalf of Debtor Angelique  Hawes-Richardson aaamcclain@aol.com,
               edpabankcourt@aol.com
              KARINA   VELTER    on behalf of Creditor    WELLS FARGO BANK, N.A. amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    XChange Leasing bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM   MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                           :

ANGELIQUE   HAWES-RICHARDSON

: Chapter 13

Debtor(s)                             : Bankruptcy No. 18-12010JKF

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is **ORDERED** that the case is **DISMISSED**.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the date of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

BY THE COURT

_____
Jean K. FitzSimon, B. J.

**Date: January 8, 2020**