# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                        : Chapter 13
       Hawes-Richardson, Angelique

         Debtor(s)               : 18-12010

           :

## ORDER TERMINATING WAGE ORDER

**AND NOW,** this _____ day of _____ 2020, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

**ORDERED**, that the wage order previously entered in this case, directing Matt Bus Corp. to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

BY THE COURT

_____
JUDGE

**Date: February 5, 2020**

Matt Bus Corp.
3099 Orthodox St.
Philadelphia, PA 19137


John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Hawes-Richardson, Angelique

3922 N. Darien Street
Philadelphia, PA 19140


Scott Waterman Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606